# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 20-1429**                        **September Term, 2022**
FILED ON: AUGUST 4, 2023

XCEL ENERGY SERVICES INC., ON BEHALF OF ITS PUBLIC UTILITY AFFILIATE, SOUTHWESTERN PUBLIC SERVICE COMPANY,
        PETITIONER

v.

FEDERAL ENERGY REGULATORY COMMISSION,
        RESPONDENT

GOLDEN SPREAD ELECTRIC COOPERATIVE, INC., ET AL.,
        INTERVENORS

---

Consolidated with 22-1049, 22-1064

On Petitions for Review of Orders
of the Federal Energy Regulatory Commission

Before: SRINIVASAN, *Chief Judge*, RAO and CHILDS, *Circuit Judges*

## **J U D G M E N T**

These causes came on to be heard on the petitions for review of orders of the Federal Energy Regulatory Commission and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the petitions for review be dismissed in part and denied in part, in accordance with the opinion of the court filed herein this date.

### **Per Curiam**

                                            **FOR THE COURT:**
                                            Mark J. Langer, Clerk

                        BY:    /s/

                                            Daniel J. Reidy
                                            Deputy Clerk

Date: August 4, 2023

Opinion for the court filed by Circuit Judge Childs.